# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STUART ROBINSON,

        Plaintiff,

  vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

        Defendant.

Case No.: 2:21-cv-01072-GMN-VCF

**ORDER OF DISMISSAL FOR WANT OF PROSECUTION**

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period. On January 11, 2023, the Court provided notice that if no action was taken within thirty (30) days, the Court would "enter an order of dismissal for want of prosecution." (*See* Min. Order, ECF No. 27). The parties have not taken any action, and the deadline to do so has passed. (*See id.*).

Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution, pursuant to D. Nev. Local Rule 41-1.

**DATED** this \_\_1\_\_ day of March, 2023.

                                      Gloria M. Navarro, District Judge
                                      United States District Court